May Term,
1841.

Jebo and Wife *v.* Ewing and Another.—In error.

STREET
*v.*
MULLIN.

Monday,
*May* 31.

A *SCIRE FACIAS* for execution in the Circuit Court on a justice's judgment, cannot be issued in term time and made returnable *instanter.*

The statute authorizing such writ, requires that the defendant shall be notified to appear at the *next* term after the writ issues and show cause, &c.; which is in conformity with the general provision of the practice act, requiring all process to be made returnable to the first day of the next term.